UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE FARMER,<br><br>        Plaintiff,<br><br>    v.<br><br>OPTIO SOLUTIONS, LLC,<br><br>        Defendant. | Case No. 22-cv-00907-EMC<br><br>**JUDGMENT** |

On August 31, 2022, the Court issued its Order Granting Defendant's Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: August 31, 2022

_____
EDWARD M. CHEN
United States District Judge